UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 14-cv-04294-RS |
| Plaintiff, | |
| v. | **ORDER RE NOTICE AND BRIEFING ON MOTION FOR TEMPORARY RESTRAINING ORDER** |
| EADGEAR, INC., et al., | |
| Defendants. | |

Good cause appearing, it is ordered:

1.  Plaintiff has informed the Court that it has notified counsel for the defendants and the relief defendant via telephone and email of its intent to file an application for a temporary restraining order.  Plaintiff shall forthwith make all reasonable efforts to provide a copy of the complaint, application for a temporary restraining order, and this order to each of the defendants and the relief defendant, either directly or through any counsel known to be representing those parties in connection with this matter.

2.  No later than noon on Thursday, September 25, 2014, plaintiff shall file a declaration setting out the efforts it made to provide such notice, including information as to when and if defendants or their counsel received actual notice.

3.  Defendants shall submit any opposition they may have to the issuance of a temporary restraining order no later than noon on Thursday, September 25, 2014.  Defendants may submit either joint or separate statements of opposition.  The parties should be prepared to appear for hearing at 3:00 p.m. on September 25, 2014 in Courtroom 3, Seventeenth Floor, 450 Golden Gate Avenue, San Francisco, CA.  The matter may, however, be submitted without hearing, in which case the parties will be advised that appearances are not required.

United States District Court
Northern District of California

**IT IS SO ORDERED**.

Dated: September 24, 2014

RICHARD SEEBORG
United States District Judge

United States District Court
Northern District of California