UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>EADGEAR, INC., et al.,<br><br>    Defendants. | Case No.  14-cv-04294-RS<br><br>**ORDER DENYING MOTION TO POSTPONE HEARING** |

Defendant Francis Yuen and Relief Defendant Laurata Chan, currently proceeding *pro se*, have filed a motion to postpone the preliminary injunction hearing in this matter, scheduled for October 10, 2014, until November 2014.  Defendants' motion is denied.

**IT IS SO ORDERED**.

Dated: October 6, 2014

RICHARD SEEBORG
United States District Judge