Danning Jiang, Esq. (CA BAR No. 196985)
LAW OFFICES OF DANNING JIANG
271 North First Street
San Jose, California 95113
Tel.: (408) 299-0800
Fax: (408) 299-0300
E-mail: djiang@jianglawgroup.com

Attorneys for Defendant Francis Yuen and
Relief Defendant Laurata Chan

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> EADGEAR, INC., EADGEAR HOLDINGS LIMITED, CHARLES S. WANG, FRANCIS Y. YUEN, AND QIAN CATHY ZHANG, <br><br> Defendants, <br><br> LAURATA P. CHAN, <br><br> Relief Defendant. | Case No.: 3:14-cv-04294-RS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER AMENDING ORDER GRANTING PRELIMINARY INJUNCTION <br><br> Date: <br> Time: <br> Courtroom: 3, 17th Floor <br> Judge: Hon. Richard Seeborg |

**STIPULATION AND [~~PROPOSED~~] ORDER**

Plaintiff Securities and Exchange Commission, Defendants eAdGear, Inc., eAdGear Holdings Limited, Charles Wang, Qian Cathy Zhang, Francis Yuen, and Laurata Chan (collectively the "Parties"), by and through their counsel of record, state as follows:

WHEREAS, Plaintiff filed this action on September 24, 2014 [Dkt. No. 1], seeking a temporary restraining order and a Preliminary Injunction that would, among other things, enjoin

1

1  Defendants from engaging in specified conduct, freeze the assets of Defendants and specified
2  assets of the Relief Defendant, and require repatriation of assets [Dkt. No. 3];
3     WHEREAS, on December 8, 2014, this Court entered the Order Granting Preliminary
4  Injunction [Dkt. No. 58];
5     WHEREAS, further on December 8, 2014, this Court entered the Amended Order
6  Granting Preliminary Injunction (the "Amended Preliminary Injunction Order") [Dkt. No. 60], in
7  which the Court granted defendants, Francis Yuen and Laurata Chan, monthly living expenses
8  and periodical tax payments from their Wells Fargo Bank account number XXX-XXX8183;
9     WHEREAS, subsequently, Wells Fargo Bank has encountered problems in freezing and
10 unfreezing the XXX-XXX8183 bank account; and
11    WHEREAS, counsel for defendants Francis Yuen and Laurata Chan has met and
12 conferred with counsel for Plaintiff Securities and Exchange Commission and counsel for Wells
13 Fargo Bank;
14    NOW THEREFORE, the Parties, by and through their counsel of record, stipulate to
15 further amend the Amended Preliminary Injunction Order as following:
16    The Amended Preliminary Injunction Order shall be further amended as the attached
17 [PROPOSED] SECOND AMENDED ORDER GRANTING PRELIMINARY INJUNCTION.
18
19 DATED: March 5, 2015          KERR & WAGSTAFFE LLP
20
21                    By    /s/ ADRIAN SAWYER
                            ADRIAN SAWYER
22                          Attorneys for Defendants
                            EADGEAR, INC.
23                          EADGEAR HOLDING LIMITED
24 DATED: March 3, 2015          WOLF, PENNELLA & STEVENS, LLP
25
26                    By    /s/ PAUL WOLF
                            PAUL WOLF
27                          Attorneys for Defendants
                            CHARLES S. WANG
28                          QIAN CATHY ZHANG

DATED: March 2, 2015                LAW OFFICES OF DANNING JIANG

/s/ DANNING JIANG
DANNING JIANG
Attorneys for Defendants
Francis Yuen and Laurata Chan

DATED:  March 2, 2015

By    /s/ SUSAN F. LaMARCA
SUSAN F. LaMARCA
Attorneys for Plaintiffs
SECURITIES AND EXCHANGE COMMISSION

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated:  3/13    , 2015

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE